Complete the top portion of the form when passport is surrendered to Clerk. Make 3 copies of the signed form (2 for docketing, 1 for vault) and give the original to the defendant.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler, Texas

## SURRENDER OF PASSPORT

DATE: 5/18/16

CAUSE NO. 6:15cr33

PASSPORT NO. Nigerian A04913755   DEFENDANT NAME: Farouq Ibrahim

I certify that the above-named defendant on this date surrendered passport number A04913755 / A00582452 to the Office of the U. S. District Clerk, at Tyler, Texas, as ordered by the Honorable Judge John D. Love.

DAVID J. MALAND
U. S. DISTRICT CLERK

by: /s/ M Carey
Deputy Clerk

2nd Passport - Farouq Olalekan Ibrahim # A00582452
Nigerian